**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X

NAMEL NORRIS,

                Plaintiff,

- against -

PECK'S ROSEBANK TAVERN INC., et al.,

                Defendants.
------------------------------------------------------------------X

**SUA SPONTE**
**REPORT AND**
**RECOMMENDATION**
**CV-19-1559 (RJD)**

**TISCIONE, Magistrate Judge:**

      By letter to the Court dated August 22, 2019, docket entry 28, counsel for plaintiff notified the Court that the above-captioned case had settled. Counsel were granted until September 25, 2019 to file the stipulation of settlement and dismissal. On September 17, 2019, plaintiff's counsel filed two motions to "reopen case" seeking until December 17, 2019, when settlement funds will have been received, to file the Stipulation of Dismissal.

      Accordingly, in light of the parties' settlement, the Court respectfully recommends that this case be dismissed without prejudice to reopen if all payments are not made in accordance with the settlement agreement.

      **SO ORDERED.**

                                                                                               s/
                                                        **STEVEN L. TISCIONE**
                                                        **UNITED STATES MAGISTRATE JUDGE**

**Dated: September 18, 2019**
         **Brooklyn, New York**